IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RONALD COTTRELL, <br> JAMES RIGDON, and <br> STACEY RIGDON, <br> <br>     Plaintiffs, <br> <br> v. <br> <br> CHICKASAW CITY SCHOOLS <br> BOARD OF EDUCATION and <br> KATHY ODOM, in her Individual <br> and Official capacity as Superintendent <br> of Chickasaw City Schools, <br> <br>     Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No.: 2016-cv-503 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## PLAINTIFFS' NOTICE OF SERVICE ATTEMPT

Come now, Plaintiffs, by and through undersigned counsel, and pursuant to this Court's Order of November 16, 2016, file this their Notice of Service Attempt on Defendants and submit the following:

    1.    Plaintiffs' filed their Complaint on September 29, 2016. On November 15, 2016, Plaintiffs' sent complaint and summons via certified mail return receipt requested.

    2.    As of this date, Plaintiffs have not received the confirmation of receipt. Plaintiffs will notify this Court upon receipt of confirmation.

RESPECTFULLY SUBMITTED this 22nd day of November, 2016.

                                               /s/ Thomas M. Loper
                                             Thomas M. Loper
                                             *Attorney for Plaintiffs*

                                             THE GARDNER FIRM, P.C.
                                             210 South Washington Avenue
                                             Mobile, Alabama 36602
                                             (251) 433-8100 phone
                                             (251) 433-8181 fax
                                             tloper@thegardnerfirm.com