IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| RONALD COTRELL, et al., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | CIVIL ACTION 16-503-CG-N |
| | : | |
| CHICKASAW CITY SCHOOLS | : | |
| BOARD OF EDUCATION, et al., | : | |
| | : | |
| Defendant. | : | |

ORDER

After due and proper consideration of the relevant pleadings and the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is **ORDERED** that Defendants' Motions to Dismiss (Docs. 7 and 8) is **GRANTED** pursuant to Rule 12(b)(6) for failure to state a claim pursuant to 42 U.S.C § 1985(2) (Count Three) and for failure to state a claim against Defendant, Kathy Odom, individually. The claims against Odom, in her official capacity are additionally dismissed as redundant of those claims against the Board. Accordingly, it is **ORDERED, ADJUDGED** and **DECREED** that Count Three of this action is hereby **DISMISSED** against all Defendants and that this action is further dismissed against Defendant, Kathy Odom.

**DONE and ORDERED** this 10th day of February, 2017.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT COURT