**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **RONALD COTTRELL, et al.,** | * | |
| | * | |
| **Plaintiffs,** | | |
| | * | |
| **vs.** | | **CIVIL ACTION NO.: 16-503-CG-N** |
| | * | |
| **CHICKASAW CITY SCHOOLS** | | |
| **BOARD OF EDUCATION,** | * | |
| | | |
| **Defendant.** | * | |

## JOINT ASSESSMENT ON SETTLEMENT AND ADR PROCEDURES

As required by this Court's amended scheduling order, the parties now file this written assessment on the status of settlement negotiations and of the possibility of resolving the issues through a recognized ADR procedure.

The parties have conferred to discuss the possibility of settlement, with a settlement proposal being made by the Plaintiffs, and a rejection of the proposal by Defendant. Therefore, the parties were not able to resolve this matter, and do not believe that settlement would be aided by any alternative dispute resolution procedures at this juncture. The parties are open to revisiting settlement talks later should the case survive the expected motions for summary judgment.

Respectfully submitted on this 2nd day of October, 2017.

| /s/ Thomas M. Loper | /s/ R. Nash Campbell |
|---|---|
| THOMAS M. LOPER | R. NASH CAMPBELL (CAMPR0327) |
| M. VANCE McCRARY | ROBERT C. CAMPBELL, III (CAMPR6698) |
| THE GARDNER FIRM, P.C. | CAMPBELL, DUKE & CAMPBELL |
| 210 South Washington Avenue | 851 E. I-65 Service Road, Suite 700 |
| Mobile, Alabama 36602 | Mobile, Alabama 36606 |
| (251) 433-8100 | (251) 476-2400 |
| *Attorney for Plaintiffs* | *Attorneys for Defendant* |

## CERTIFICATE OF CONSENT TO E-FILE

I hereby certify that Plaintiffs' Counsel joins in this document and has consented to this filing on behalf of both parties with his electronic signature affixed.

/s/ R. Nash Cambpell

2