IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **RONALD COTTRELL**, *et al.*, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 16-0503-CG-N |
| | ) |
| **CHICKASAW CITY SCHOOLS** | ) |
| **BOARD OF EDUCATION**, | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT

In accordance with the Order entered this date, it is **ORDERED**, **ADJUDGED**, and **DECREED** that judgment is entered in favor of Defendant Chickasaw City Schools Board of Education and against Plaintiffs, Ronald Cottrell, James Rigdon, and Stacey Rigdon. Summary judgment having been entered in Defendant's favor, this action is hereby **DISMISSED with prejudice**.

**DONE** and **ORDERD** this 7th day of February, 2018.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE